UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRIJESH GOEL, AKSHAY NIRANJAN,<br><br>　　　　　　　　　　Defendants. | No. 22-cv-6282 (RA)<br><br>OPINION & ORDER |

RONNIE ABRAMS, United States District Judge:

Before the Court are motions by the government to intervene in the above-captioned action, and to stay the matter pending resolution of a criminal case against one of the defendants. *See* Dkt. 24. No party having objected, the Court hereby grants the government's motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. For the reasons offered in the motion papers, the Court further grants the government's motion to stay the action until a disposition is reached in the pending criminal matter, *see United States v. Brijesh Goel*, 22-cr-396 (PKC).

Prior to the government's motions to intervene in and stay this action, Defendant Naranjan and the SEC moved for the Court to approve a consent judgment. *See* Dkt. 21. No later than October 31, 2022, the parties shall submit letters to the Court indicating whether they have any objection to the Court approving the consent judgment notwithstanding the pending stay.

SO ORDERED.

Dated:　October 28, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge