UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiffs,<br><br>   v.<br><br>BRIJESH GOEL,<br><br>       Defendants. | No. 22-CV-6282 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  A status conference was previously scheduled in this matter for December 15, 2023 at 4:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to December 15, 2023 at 5:15 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: November 28, 2023
     New York, New York

                     Ronnie Abrams
                     United States District Judge